No. D–193. IN RE DISBARMENT OF LEACH. Disbarment entered. [For earlier order herein, see 446 U. S. 963.]

No. D–196. IN RE DISBARMENT OF BROADWELL. Disbarment entered. [For earlier order herein, see 449 U. S. 978.]

No. D–215. IN RE DISBARMENT OF LONG. George Wayne Long, of Bayside, Tex., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on January 19, 1981 [449 U. S. 1107], is hereby discharged.

No. D–216. IN RE DISBARMENT OF MEHTA. Mahendra R. Mehta, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on January 19, 1981 [449 U. S. 1107], is hereby discharged.

No. D–231. IN RE DISBARMENT OF KELLEY. It is ordered that Joseph P. Kelley, of Columbus, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–233. IN RE DISBARMENT OF BARBARA. It is ordered that Peter R. Barbara, of Detroit, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 80–544. FIRST NATIONAL MAINTENANCE CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. [Certiorari granted, 449 U. S. 1076.] Motion of American Federation of Labor and Congress of Industrial Organizations et al. for leave to file a brief as *amici curiae* granted.